UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONY ADAMS #00348531                                      CIVIL ACTION

VERSUS                                                    NO. 06-346

WARDEN S. HOLIDAY                                         SECTION "A"(1)

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner did not exhaust any of his claims in the state court system. Further, Petitioner's January 11, 2006, petition is clearly untimely because his conviction became final no later than April 17, 2002.

Accordingly;

**IT IS ORDERED** that the federal petition of Tony Adams for habeas corpus relief should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, April 13, 2006.

UNITED STATES DISTRICT JUDGE